**Order filed February 27, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00901-CV
_____

### BARBARA ULMER, Appellant

### V.

### DEREK ANTHONY JENKINS, SR., Appellee

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-44247**

## O R D E R

The clerk's record was filed November 23, 2013. On December 5, 2013, appellant notified this court that she had requested supplementation of the clerk's record. *See* Tex. R. App. P. 34.5(c). To date, the supplemental clerk's record has not been filed. Accordingly, we issue the following order:

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **March 14, 2014**, containing the following:

1

1. Respondent Barbara Ulmer's Request for Findings of Fact and Conclusions of law, filed on or about August 13, 2013;

2. Respondent Bara Ulmer's Proposed Findings of Fact and Conclusions of Law, filed on or about August 13, 2013;

3. Respondent Barbara Ulmer's Notice of Past Due Findings of Fact and Conclusions of Law, filed on or about September 3, 2013; and

4. The trial court's Findings of Fact and Conclusions of Law.

If any omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM